Joseph DIXON, Appellant,

v.

CITY OF MINNEAPOLIS WATER DE-PARTMENT; Minneapolis Community Development Agency; Hennepin County Economic Assistance Ramar Building; Minneapolis City Attorney's Office, Appellees.

No. 03–3644.

United States Court of Appeals, Eighth Circuit.

Submitted July 6, 2004.

Decided July 9, 2004.

Joseph Dixon, Minneapolis, MN, pro se.

James A. Moore, City Attorney's Office, Roberta Cecile Jones, County Attorney's Office, Minneapolis, MN, for Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Joseph Dixon sued the City of Minneapolis Water Department and other local entities, asserting claims about the discriminatory delivery of water and sewer services, economic assistance, and police protection. The district court * granted summary judgment in favor of defendants, and Dixon appeals.

adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Having carefully reviewed the record, we find Dixon's conclusory allegations of discrimination and other misconduct by defendants insufficient to avoid summary judgment in the face of defendants' evidence. *See Krenik v. County of Le Sueur,* 47 F.3d 953, 957 (8th Cir.1995). Further, Dixon's claims either were or could have been brought in his earlier state court actions, and thus are barred by res judicata. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Dixon's pending motion.

